■ ARLENE O'BRIEN, Respondent, v WILLIAM O'BRIEN, Appellant. (Appeal No. 2.) [601 NYS2d 896] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988). (Appeal from Order of Supreme Court, Monroe County, Wesley, J.—Divorce.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.